**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7593**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

MONIQUE MICHELLE ARP,

            Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   R. Bryan Harwell, District Judge.
(4:13-cr-00230-RBH-1)

Submitted:  February 5, 2016         Decided:  February 10, 2016

Before MOTZ, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Monique Michelle Arp, Appellant Pro Se.   Alfred William Walker
Bethea, Jr., Assistant United States Attorney, Florence, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monique Michelle Arp appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on U.S. Sentencing Guidelines Manual, App. C, Amend. 782 (2015). We have reviewed the record and find no reversible error because Arp's sentence was the result of a Fed. R. Crim. P. 11(c)(1)(C) plea agreement. Arp's stipulated sentence was not based on the Sentencing Guidelines, so Amendment 782 does not apply. Accordingly, we affirm for the reasons stated by the district court. United States v. Arp, No. 4:13-cr-00230-RBH-1 (D.S.C. Apr. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2